UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

\---------------------------------------------------------X

OSHER ROTKIN,            Case No. 3:17-cv-02574-PGS-DEA

        Plaintiff,

    -against-

BANK OF AMERICA,

        Defendant,

\---------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between counsel for Plaintiff Osher Rotkin and Defendant Bank of America, that any and all claims by Plaintiff against Bank of America in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile signatures shall be deemed originals hereof.

Dated: December 3, 2019

| /s/Edward B. Geller, Esq. | /s/Aleksandra Kaplun, Esq. |
|---|---|
| Edward B. Geller, Esq., P.C., Of Counsel to M. Harvey Rephen & Associates, P.C. | McGuire Woods LLP |
| 15 Landing Way<br>Bronx, New York  10464<br>Tel: (914)473-6783<br>Email: epbh@aol.com<br>Attorney for Plaintiff | 1251 Avenue of the Americas, 20th Fl.<br>New York, NY  10020-1104<br>Tel: (212)548-7015<br>Email: akaplun@mcguirewoods.com<br>Attorney for Defendant |