UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

OSHER ROTKIN,               Case No. 3:17-cv-02574-PGS-DEA

    Plaintiff,

    -against-

BANK OF AMERICA,

    Defendant,

-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between counsel for Plaintiff Osher Rotkin and Defendant Bank of America, that any and all claims by Plaintiff against Bank of America in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile signatures shall be deemed originals hereof.

Dated: December 3, 2019

/s/Edward B. Geller, Esq.                    /s/Aleksandra Kaplun, Esq.

Edward B. Geller, Esq., P.C., Of Counsel     McGuire Woods LLP
to M. Harvey Rephen & Associates, P.C.

15 Landing Way                               1251 Avenue of the Americas, 20th Fl.
Bronx, New York 10464                        New York, NY 10020-1104
Tel: (914)473-6783                           Tel: (212)548-7015
Email: epbh@aol.com                          Email: akaplun@mcguirewoods.com
Attorney for Plaintiff                       Attorney for Defendant

SO ORDERED: [signature]
DATED: 12/11/19